UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

    v.

VANITA M. PATEL,

          Defendant.
_____/

NO. CIV. S-07-2515 LKK/GGH

Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

IT IS SO ORDERED.

DATED: February 5, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT