1   Deborah Barron, Esq.  SBN: 153840
    LAW OFFICES OF DEBORAH BARRON
2   1900 Point West Way, Suite 200
    Sacramento, CA 95815
3   deborah.barron@lawbarron.com
    Telephone: (916) 486-1712
4   Facsimile:  (916) 927-5524

5   Attorneys for Defendant
    VANITA PATEL dba
6   GREAT WESTERN INN

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| SCOTT N. JOHNSON, | ) | CASE NO.  2:07-CV-02515-LKK-GGH |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **EXTEND THE DATE TO** |
| vs. | ) | **DISCLOSE EXPERT WITNESSES** |
| | ) | |
| VANITA PATEL dba GREAT WESTERN INN, | ) | |
| and DOES 1 through 100, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

17        Plaintiff, Scott N. Johnson, acting in pro per, and Defendant, Vanita M. Patel, individually

18   and doing business as Great Western Inn, by and through her designated counsel, Deborah Barron,

19   stipulate to the following:

20        1.        The date to designate in writing and file with the court and serve up all other parties a

21   final list of the names of all experts that they propose to tender at trial shall be continued from

22   February 2, 2009 until the parties have completed participation in the Voluntary Dispute Resolution

23   Program pursuant to Local Rule 16-271.

24        The grounds for such continuance are based on the fact that all parties and their counsel have

25   agreed to participate in the Voluntary Dispute Resolution Program pursuant to Local Rule 16-271.

26   The parties are hopeful the case will settle.

27   ///

28   ///

-1-

Stipulation and Order to Continue Disclosure Expert Witnesses

1

DATED: January 28, 2009                    LAW OFFICES OF DEBORAH BARRON

2

                            s/s Deborah Barron

3

                            DEBORAH BARRON
                            Attorneys for Defendants

4

                            VANITA PATEL dba
                            GREAT WESTERN INN

5

6

DATED: January 28, 2009                    SCOTT N. JOHNSON

7

                            s/s Scott N. Johnson
                            Scott N. Johnson

8

                            Attorney for Plaintiff

9

### ORDER

10

Good cause appearing,  IT IS HEREBY ORDERED THAT:

11

     1.  The date to disclose expert witnesses is extended from February 2, 2009 until the parties

12

have completed Voluntary Dispute Resolution Program.  If the matter has not settled, then the

13

disclosure will be filed no later than one month after the Voluntary Dispute Resolution Program has

14

been completed, or by July 1, 2009.

15

16

Date: February 10, 2009.

17

18

LAWRENCE K. KARLTON

19

SENIOR JUDGE
UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Disclosure Expert Witnesses

CASE NAME :      Johnson v. Patel, et al.
COURT      :      United States District Court - Eastern District of California
CASE NO.      :      2:07-CV-02515-LKK-GGH

## PROOF OF SERVICE

I am employed in the County of Sacramento, State of California.  I am over the age of 18 and am not a party to the within action; my business address is: 1900 Point West Way, Suite 200, Sacramento, California, 95815.

On **January 28, 2009,** I served on the parties of record in this action the foregoing document described as: **STIPULATION AND ORDER TO EXTEND THE DATE TO DISCLOSE EXPERT WITNESSES**  by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Scott N. Johnson
5150 Fair Oaks Boulevard, Suite 101
Carmichael, CA 95608

[**X**]   **BY EMAIL** to Scottnjohnson2@comcast.net; SCOTTNJOHNSON@comcast.net

[**X**]     **BY MAIL** - as follows:  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]     **BY PERSONAL SERVICE** - I delivered such envelope by hand to the offices of the addressee(s).

[ ]     **BY FACSIMILE TRANSMISSION** - I caused to be served by facsimile transmission at _____ a.m./p.m. at the following facsimile machine telephone number:

Executed on **January 28, 2009** at Sacramento, California.

[ ]     **(State)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ]     **(Federal)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Deborah Barron

Stipulation and Order to Continue Disclosure Expert Witnesses