UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        NO. CIV. S-07-2515 LKK/GGH

    Plaintiff,

  v.

VANITA M. PATEL,

    Defendant.
_____/

    Pending before the court is the parties' stipulation and joint request to continue all pretrial and trial dates in the case, so that they may participate in the court's Voluntary Dispute Resolution Program. The court held a telephone conference on the request on June 12, 2009, in which counsel for plaintiff and defendants participated. Based on the representations made at the conference, the court ORDERS as follows:

    1.    All pretrial and trial dates currently set in the case are VACATED.

    2.    If dispute resolution is unsuccessful, the parties SHALL notify the court of that fact not later than five days

1

1        from their completion of VDRP. The court will then set
2        a status conference in order to establish a new pretrial
3        and trial schedule for the case.
4   IT IS SO ORDERED.
5   DATED:  June 15, 2009.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2